**Order entered June 16, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00396-CV

## QUALON DOUGLAS, Appellant

## V.

## FARMERS INSURANCE FEDERAL CREDIT UNION, Appellee

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-01704-2020**

## ORDER

Appellant's brief on the merits is currently due July 12, 2021. *See* TEX. R. APP. P. 38.6, 4.1(a). Before the Court is appellant's June 15, 2021 motion requesting a sixty-day extension of time to file his brief. We **GRANT** the motion **only to the extent** that we extend the time to **August 11, 2021**.

/s/    BONNIE LEE GOLDSTEIN
          JUSTICE